

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00028-CV

KAREN NEUMAN                                                      APPELLANT

V.

FIRE INSURANCE EXCHANGE                                           APPELLEE

-----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2012-004711-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant Karen Neuman's Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: June 26, 2014

---

[1]*See* Tex. R. App. P. 47.4.